(August 28, 1990)

■ In the Matter of THOMAS CRUCET, Petitioner, v JOHN STAIGER, Respondent.—Kane, J. Proceeding initiated in this court pursuant to Public Officers Law § 36 to remove respondent from the office of Town Councilman of the Town of Shandaken, Ulster County.

Petitioner has moved for an order appointing a Referee. The conclusory allegations in the petition fail to allege facts sufficient to remove respondent pursuant to the Public Officers Law (see, Public Officers Law § 36). Moreover, petitioner is guilty of laches in prosecuting this proceeding which was commenced over a year and a half ago. Accordingly, the motion should be denied and the petition dismissed (see, Matter of Moller v Stewart, 41 AD2d 986).

Motion denied and petition dismissed, without costs. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.